Monica Perales
Attorney at Law: 297739
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Michelle Lenee Hamman

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| MICHELLE LENEE HAMMAN,<br><br>           Plaintiff,<br><br>     vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>           Defendant. | Case No.: 1:15-cv-00849-BAM<br><br>**ORDER OF DISMISSAL** |

___

Pursuant to the stipulation of dismissal filed on February 1, 2016, by Plaintiff Michelle Lenee Hamman, this action is DISMISSED with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  Each party shall bear its own attorney's fees, costs and expenses.  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **February 11, 2016**              /s/ Barbara A. McAuliffe         
                                                   UNITED STATES MAGISTRATE JUDGE

-1-